UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 25, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v.           . )<br>)<br>DIANA RICE, aka PATRICIA LEE )<br>CARDWELL, )<br>_____ ) <br>Defendant. | Case No. MAG 07-0162 GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Diana Rice, aka Patricia Lee Cardwell</u>, Case No. <u>MAG 07-0162 GGH</u>, Charge <u>21 USC § 841 (c)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    **X**    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    **X**   (Other) _With Pretrial Services Supervision on Conditions of release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 25, 2007</u> at <u>2:55</u> <u>pm</u>.

By _____
Dale A. Drozd
United States Magistrate Judge